

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00096-CR

JAMES KEVIN HOLMES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 18-0193X

Before Morriss, C.J., Burgess and Stevens, JJ.

# O R D E R

James Kevin Holmes has filed an appeal from a judgment of conviction entered by the 71st Judicial District Court of Harrison County. Holmes retained Craig A. Fletcher to represent him on appeal, but Fletcher has filed a motion to withdraw with this Court averring that he is unable to effectively communicate with Holmes in a manner consistent with good attorney-client relations. Holmes' motion satisfies the requirements of Rule 6.5 of the Texas Rules of Appellate Procedure, and we hereby grant the motion to withdraw.

In light of these circumstances, we abate this case to the trial court so that it may conduct whatever hearings are necessary to make the following determinations: (1) whether Holmes still desires to prosecute this appeal and, if so, (2) whether Holmes is indigent and entitled to the appointment of counsel to represent him on appeal. If the trial court determines that Holmes is indigent, then it shall appoint counsel to represent him on appeal.

The trial court may enter any orders necessary to implement these directives. Any hearing shall be conducted by the trial court within fifteen days of the date of this order. Appropriate orders and findings shall be sent to this Court in the form of a supplemental clerk's record within ten days of the date of the hearing contemplated by this order. The reporter' record of any hearing shall be filed with this Court within ten days of the date of the hearing contemplated by this order.

All appellate timetables are stayed and will resume on our receipt of the supplemental appellate record.

IT IS SO ORDERED.

                                        BY THE COURT

Date: September 25, 2019